**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER ON MOTION FOR RECONSIDERATION**

Appellate case name:     DHL Express (USA), Inc. v. Falcon Express International, Inc.

Appellate case number:   01-10-01080-CV

Trial court case number: 2008-66394

Trial court:             157th District Court of Harris County

      Appellee's Motion to Reconsider Denial of Appellee's Motion for Rehearing, filed September 23, 2013, is **denied**.


Justice's signature: _/s/ Rebeca Huddle_____
                Acting for the Court

Panel consists of:   Justices Jennings, Massengale, and Huddle


Date: _October 8, 2013_____

Jennings, J., dissenting from denial of rehearing.